June 19, 2009

Ms. Amber L. Slayton
Nichols Jackson Dillard Hager & Smith
1800 Lincoln Plaza
500 N. Akard St.
Dallas, TX 75201
Mr. Randy Doubrava
Texas Municipal Police Assn.
6200 La Calma Drive, Suite 200
Austin, TX 78752

RE: Case Number: 07-1031
 Court of Appeals Number: 05-06-01469-CV
 Trial Court Number: 04-05872-H

Style: CITY OF DESOTO, TEXAS
 v.
 JUSTIN WHITE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |